JOEL A. FEUER, SBN 100663
jfeuer@gibsondunn.com
SARAH WETZSTEIN, SBN 216840
swetzstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, California 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

**Attorneys for Defendants Bidz.com, Inc. and David Zinberg**

BARRACK, RODOS & BACINE
STEPHEN R. BASSER, SBN 121590
sbasser@barrack.com
SAMUEL M. WARD SBN 216562
sward@barrack.com
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

SARRAF GENTILE
RONEN SARRAF
JOSEPH GENTILE
116 John Street, Suite 2310
New York, N.Y. 10038
Telephone : (212) 868-3610
Facsimile: (212) 918-7967

**Attorneys for Plaintiff Ramon Gomez**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON GOMEZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIDZ.COM, INC. and DAVID ZINBERG,<br><br>Defendants. | CASE NO. CV 09-3216-CBM (Ex)<br><br>The Hon. Consuelo B. Marshall<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME WITHIN WHICH TO MOVE TO DISMISS OR OTHERWISE RESPOND TO COMPLAINT |

1

IT IS HEREBY ORDERED that Defendants shall have until 45 days after a court-appointed lead plaintiff serves the consolidated class action complaint in this action to answer, move to dismiss or otherwise respond to such complaint.

DATED: 6/30/09

_____
U.S. District Court Judge