1   BARRACK, RODOS & BACINE
    STEPHEN R. BASSER (121590)
2   sbasser@barrack.com
    SAMUEL M. WARD (216562)
3   sward@barrack.com
    600 West Broadway, Suite 900
4   San Diego, CA  92101
    Telephone:   (619) 230-0800
5   Facsimile:   (619) 230-1874

6   SARRAF GENTILE LLP
    RONEN SARRAF
7   JOSEPH GENTILE
    116 John Street, Suite 2310
8   New York, NY 10038
    Telephone:   (212) 868-3610
9   Facsimile:   (212) 918-7967

10  Attorneys for Plaintiff Ramon Gomez, Proposed Lead Counsel for
    Plaintiffs and the Proposed Class

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15  RAMON GOMEZ, on behalf of          )  Case No. 2:09-cv-03216-CBM-E
    Himself and all others similarly   )
16  situated,                          )  CLASS ACTION
                                       )
17                    Plaintiff,       )  NOTICE OF MOTION AND MOTION
                                       )  FOR CONSOLIDATION OF ALL
18                                     )  CASES, APPOINTMENT AS LEAD
19       vs.                           )  PLAINTIFF AND APPROVAL OF
                                       )  LEAD COUNSEL
20  BIDZ.COM, INC., and DAVID          )
21  ZINBERG,                           )
                                       )  DATE:    August 3, 2009
22                    Defendants.      )  TIME:    10:00 a.m.
                                       )  CTRM:    2
23                                     )  JUDGE: Hon. Consuelo B. Marshall
24

25  (Additional captions on following page)

26

27

28

---

NOT OF MOT & MOT FOR CONS. OF ALL CASES, APPT AS LD PLTFF AND APPROVAL OF LD COUNSEL
Case No. 2:09-cv-03216-CBM-E

| | |
|---|---|
| JAMES MITCHELL, Individually and On Behalf of All Others Similarly Situated, | ) Case No. 2:09-cv-03671-CBM-E |
| | ) |
| | ) <u>CLASS ACTION</u> |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BIDZ.COM, INC., DAVID ZINBERG, LEON KUPERMAN, LAWRENCE KONG and CLAUDIA Y. LIU, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| MARK WALCZYK, Individually and On Behalf of All Others Similarly Situated, | ) Case No. 2:09-cv-03967-CBM-E |
| | ) |
| | ) <u>CLASS ACTION</u> |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| BIDZ.COM, INC., DAVID ZINBERG, LEONID KUPERMAN, LAWRENCE Y. KONG and CLAUDIA Y. LIU, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 3, 2009 at 10 a.m., or as soon thereafter as the matter may be heard, before the Honorable Consuelo B. Marshall, United States District Judge, 312 N. Spring Street, Los Angeles, CA 90012, Courtroom 2, Plaintiff Ramon Gomez ("Gomez"), by his undersigned attorneys, will, and hereby does, move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B),

as added by Section 101(a) of the Private Securities Litigation Reform Act of 1995, Pub. L. 104-67, 109 Stat. 737 ("PSLRA"), for an Order: (1) consolidating all related actions; (2) appointing Gomez as Lead Plaintiff in this litigation for all claims asserted by purchasers of the securities of Bidz.com, Inc. ("Bidz.com" or the "Company"); and (3) approving Gomez's choice of counsel, the law firms of Barrack, Rodos & Bacine and Sarraf Gentile LLP, as Lead Counsel in this action.

The motion to appoint Gomez as Lead Plaintiff in this litigation for all claims asserted by purchasers of Bidz.com securities, and to approve his selection of Lead Counsel, is based upon his status as the most adequate plaintiff under the PSLRA and the qualifications of his proposed counsel. In support of his motion, Gomez relies upon the following Memorandum of Points and Authorities, the Declaration of Samuel M. Ward dated July 6, 2009, which includes the Certification of Ramon Gomez, the pleadings filed in this case, and such other written or oral argument as may be presented to the Court.

DATED: July 6, 2009

Respectfully Submitted,

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
SAMUEL M. WARD

    /s/ Stephen R. Basser
STEPHEN R. BASSER

600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800

BARRACK, RODOS & BACINE
LEONARD BARRACK
JEFFREY W. GOLAN
CHAD A. CARDER
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-6600

1   SARRAF GENTILE LLP
    RONEN SARRAF
2   JOSEPH GENTILE
    116 John Street, Suite 2310
3   New York, NY  10038
    Telephone:  (212) 868-3610
4
    Attorneys for Plaintiff Ramon Gomez,
5   Proposed Lead Counsel for Plaintiffs
    and the Proposed Class
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOT OF MOT & MOT FOR CONS. OF ALL CASES, APPT AS LD PLTFF AND APPROVAL OF LD COUNSEL
Case No. 2:09-cv-03216-CBM-E

## **CERTIFICATE OF CONFERENCE**

This motion to appoint Plaintiff Ramon Gomez as lead plaintiff and approve his selection of lead counsel has been filed pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(A), (B), as amended by the PSLRA.  Per these guidelines, within 60 days after publication of the required notice, any member of members of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in this action.  Therefore, any potential party to the action is aware of the requirements for filing a lead plaintiff motion; however, due to the nature of the filing, counsel for Gomez has no way of knowing who the competing lead plaintiff candidates are at this time.  As a result, counsel for Gomez is unable to conference with opposing counsel as prescribed by Local Rule 7-3 as such conference attempts would be fruitless at this stage of the litigation.


                        /s/ Stephen R. Basser.
                        STEPHEN R. BASSER

NOT OF MOT & MOT FOR CONS. OF ALL CASES, APPT AS LD PLTFF AND APPROVAL OF LD COUNSEL
Case No. 2:09-cv-03216-CBM-E

# CERTIFICATE OF SERVICE

*RAMON GOMEZ, on behalf of Himself and all others similarly situated v. BIDZ.COM, INC. and David Zinberg*

Case No.:  2:09-cv-03216-CBM-E

I, the undersigned, declare as follows:

That I am employed in the County of San Diego, State of California; I am over the age of eighteen years, and not a party to or interest in the within action; my business address is 600 West Broadway, Suite 900, San Diego, California 92101, and that on July 6, 2009, I served the within:

1. **NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF ALL CASES, APPOINMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**;

2. **[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING CHOICE OF LEAD COUNSEL**

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:**       I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☒ **BY MAIL**: I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the party listed above, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal

Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 6th day of July, 2009.

        /s/ Cynthia M. Fessia
        CYNTHIA M. FESSIA

1

## SERVICE LIST

Counsel for Plaintiff Ramon Gomez

Joseph Gentile
joseph@sarrafgentile.com
Ronen Sarraf
ronen@sarrafgentile.com
SARRAF GENTILE LLP
116 John Street, Suite 2310
New York, NY 10038
Telephone:  (212) 868-3610
Facsimile:   (212) 918-7967

Counsel for Plaintiff James Mitchell

| | |
|---|---|
| Brian O. O'Mara<br>bomara@csgrr.com<br>Darren J. Robbins<br>e_file_sd@csgrr.com<br>David C. Walton<br>davew@csgrr.com<br>COUGHLIN STOIA GELLER<br>RUDMAN and<br>  ROBBINS LLP<br>655 W. Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone:  (619) 231-1058<br>Facsimile:   (619) 231-7423 | Corey D. Holzer<br>cholzer@holzerlaw.com<br>Michael Ira Fistel, Jr.<br>mfistel@holzerlaw.com<br>HOLZER HOLZER and FISTEL LLC<br>200 Ashford Center North, Suite 300<br>Atlanta, GA 30338<br>Telephone:  (770) 392-0090<br>Facsimile:   (770) 392-0029 |
| Samuel H. Rudman<br>srudman@csgrr.com<br>COUGHLIN STOIA GELLER<br>RUDMAN and<br>  ROBBINS LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone:  (631) 367-7100<br>Facsimile:   (631) 367-1173 | Jeffrey A. Berens<br>DYER and BERENS<br>jeff@dyerberens.com<br>682 Grant Street<br>Denver, CO 80203<br>Telephone:  (303) 861-1764<br>Facsimile:   (303) 395-0393 |

Counsel for Plaintiff Mark Walczyk

| | |
|---|---|
| Daniel L. Germain | * David Promisloff |
| germain@lalawyer.com | * Seamus D. Kaskela |
| ROSMAN and GERMAIN LLP | Steven D. Resnick |
| 16311 Ventura Boulevard, Suite 1200 | sresnick@btkmc.com |
| Encino, CA 91436 | BARROWAY TOPAZ KESSLER |
| Telephone:  (818) 788-0877 | MELTZER |
| Facsimile:   (818) 788-0885 |   & CHECK LLP |
| | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| | Telephone:  (610) 667-7706 |
| | Facsimile:   (610) 667-7056 |

Counsel for Defendants Bidz.com,
David Zinberg, Leon Kuperman,
Lawrence Y. Kong and Claudia Y. Liu

Joel A. Feuer
jfeuer@gibsondunn.com
GIBSON DUNN and CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067
Telephone:  (310) 551-8808
Facsimile:   (310) 552-7058

* Via U.S. Mail

CERTIFICATE OF SERVICE
Case No.:  2:09-cv-03216-CBM-E