Jeff S. Westerman (SBN 94559)
jwesterman@milberg.com
Andrew J. Sokolowski (SBN 226685)
asokolowski@milberg.com
MILBERG LLP
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

Liaison Counsel for Lead Plaintiff
and the Class

BROWER PIVEN, A Professional Corporation
David A.P. Brower
brower@browerpiven.com
Emanuel Shachmurove
shachmurove@browerpiven.com
Jessica Sleater
sleater@browerpiven.com
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile:  (212) 501-0300

Lead Counsel for Lead Plaintiff
and the Class

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RAMON GOMEZ, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BIDZ.COM, INC., AND DAVID ZINBERG,<br><br>　　　　　　　Defendants. | Lead Case No. CV09-3216 CBM<br><br>STIPULATION FOR SCHEDULING<br><br>JUDGE:　Consuelo B. Marshall<br>CTRM:　2 |
|---|---|

STIPULATION FOR SCHEDULING

DOCS\482531v1

The undersigned parties, by and through their counsel, hereby stipulate as follows:

WHEREAS, this action is a private securities class action that falls under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 (the "PSLRA");

WHEREAS, on July 30, 2009, the Court issued a consolidation order and order appointing Roland Pomfret as Lead Plaintiff, Brower Piven, A Professional Corporation as Lead Counsel; and Milberg LLP as Liaison Counsel (Dkt. No. 30);

WHEREAS, the parties, through counsel, have conferred and, subject to Court approval, agreed upon a schedule for the filing of a consolidated complaint, the time for Defendants to answer or otherwise respond to the consolidated complaint, and, if the response is in the form of a motion to dismiss, a schedule for the filing of the initial motion, Lead Plaintiffs' opposition and Defendants' reply.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Lead Plaintiff and Defendants, through their respective attorneys of record, based on the foregoing, subject to the approval of this Court, as follows:

1. Lead Plaintiff shall file a consolidated complaint on or before October 13, 2009;

2. Defendants shall file an answer or otherwise respond to the consolidated complaint on or before December 5, 2009;

3. If the Defendants file a motion to dismiss, Lead Plaintiff shall file an opposition thereto on or before January 27, 2010; and

1    4.    Defendants shall file any reply on or before February 17, 2010.

2    Dated: August 6, 2009

MILBERG LLP
Jeff S. Westerman
Andrew J. Sokolowski

_____
*/s/ Jeff S. Westerman*
JEFF S. WESTERMAN

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
E-mail:  jwesterman@milberg.com
asokolowski@milberg.com

Liaison Counsel for Lead Plaintiff
and the Class

BROWER PIVEN
A Professional Corporation
David A.P. Brower
Emanuel Shachmurove
Jessica Sleater
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile:  (212) 501-0300
E-mail:  brower@browerpiven.com
shachmurove@browerpiven.com
sleater@browerpiven.com

BROWER PIVEN
A Professional Corporation
Charles J. Piven
Yelena Trepetin
World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone: (410) 332-0030
Facsimile:  (410) 685-1300
E-mail:  piven@browerpiven.com
trepetin@browerpiven.com

Lead Counsel for Lead Plaintiff
and the Class

2
STIPULATION FOR SCHEDULING

DOCS\482531v1

| | | |
|---|---|---|
| 1 | DATED: August 6, 2009 | GIBSON, DUNN & CRUTCHER LLP<br>Joel A. Feuer |
| 2 | | |
| 3 | | |
| 4 | | */s/ Joel A. Feuer*<br>JOEL A. FEUER |
| 5 | | 2029 Century Park East |
| 6 | | Los Angeles, CA 90067-3026<br>Telephone: (310) 551-8808 |
| 7 | | Facsimile: (310) 552-7058 |
| 8 | | Attorneys for Defendants |

3

STIPULATION FOR SCHEDULING

DOCS\482531v1

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on August 6, 2009, declarant served the STIPULATION FOR SCHEDULING by transmitting via e-filing the document listed above to the Case Management/Electronic Case filing system.

3. A true copy thereof will be deposited on August 6, 2009, in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to only those parties listed as via manual mail in the attached Service List.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of August, 2009, at Los Angeles, California.

_____
ELIZABETH VILLALOBOS

4
STIPULATION FOR SCHEDULING

DOCS\482531v1

# SERVICE LIST

*Ramon Gomez v. Bidz.Com, Inc., and David Zinberg, et al.*
Civil Action No. CV09-3216 CBM

| | |
|---|---|
| BROWER PIVEN, A Professional Corporation<br>David A.P. Brower<br>Emanuel Shachmurove<br>Jessica Sleater<br>488 Madison Avenue, 8th Floor<br>New York, New York 10022<br>Telephone: (212) 501-9000<br>Facsimile:  (212) 501-0300<br>E-mail:  brower@browerpiven.com<br>shachmurove@browerpiven.com<br>sleater@browerpiven.com | **Lead Counsel for Lead Plaintiff Roland Pomfret and the Class**<br><br><br><br><br><br><br><br>**VIA MANUAL MAIL NOTICE** |
| BROWER PIVEN<br>A Professional Corporation<br>Charles J. Piven<br>Yelena Trepetin<br>World Trade Center-Baltimore<br>401 East Pratt Street, Suite 2525<br>Baltimore, Maryland 21202<br>Telephone: (410) 332-0030<br>Facsimile:  (410) 685-1300<br>E-mail:  piven@browerpiven.com<br>trepetin@browerpiven.com | <br><br><br><br><br><br><br><br><br>**VIA MANUAL MAIL NOTICE** |
| Jeff S. Westerman (SBN 94559)<br>Andrew J. Sokolowski (SBN 226685)<br>MILBERG LLP<br>One California Plaza<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, California 90071<br>Telephone: (213) 617-1200<br>Facsimile:  (213) 617-1975<br>E-mail: jwesterman@milberg.com<br>asokolowski@milberg.com | **Liaison Counsel for Lead Plaintiff Roland Pomfret and the Class**<br><br><br><br><br><br><br><br>**VIA ECF NOTICE** |
| Andrei Rado<br>MILBERG LLP<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile:  (212) 868-1229<br>E-mail: arado@milberg.com | <br><br><br><br><br>**VIA MANUAL MAIL NOTICE** |

5
STIPULATION FOR SCHEDULING

DOCS\482531v1

| | |
|---|---|
| Joseph Gentile<br>Ronen Sarraf<br>SARRAF GENTILE LLP<br>116 John Street Suite 2310<br>New York , NY 10038<br>Telephone: 212-868-3610<br>Facsimile:  212-918-7967<br>E-mail: joseph@sarrafgentile.com<br>ronen@sarrafgentile.com | **Counsel for Plaintiff Ramon Gomez**<br><br><br><br>**VIA ECF NOTICE** |
| Samuel M Ward<br>Stephen R Basser<br>BARRACK RODOS AND BACINE<br>600 West Broadway Suite 900<br>San Diego , CA 92101<br>Telephone: 619-230-0800<br>Facsimile:  619-230-1874<br>E-mail: sward@barrack.com<br>sbasser@barrack.com | <br><br><br><br>**VIA ECF NOTICE** |
| Daniel L Germain<br>ROSMAN AND GERMAIN LLP<br>16311 Ventura Boulevard Suite 1200<br>Encino , CA 91436-2152<br>Telephone: 818-788-0877<br>Facsimile:  818-788-0885<br>E-mail: germain@lalawyer.com | **Counsel for Plaintiff Mark Walczyk**<br><br><br><br>**VIA MANUAL MAIL NOTICE** |
| David Promisloff<br>Seamus D. Kaskela<br>Steven D Resnick<br>BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP<br>280 King of Prussia Road<br>Radnor , PA 19087<br>Telephone: 610-667-7706<br>Facsimile:  610-667-7056<br>E-mail: sresnick@btkmc.com | <br><br><br><br>**VIA MANUAL MAIL NOTICE** |
| Darren J Robbins<br>Brian Oliver O'Mara<br>David C Walton<br>COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP<br>655 West Broadway Suite 1900<br>San Diego , CA 92101-3301<br>Telephone: 619-231-1058<br>Facsimile:  619-231-7423<br>E-mail: e_file_sd@csgrr.com<br>bomara@csgrr.com<br>davew@csgrr.com | **Counsel for Plaintiff James Mitchell**<br><br><br><br>**VIA ECF NOTICE** |

6
STIPULATION FOR SCHEDULING

DOCS\482531v1

| | | |
|---|---|---|
| 1 | Corey D Holzer<br>Michael Ira Fistel, Jr<br>HOLZER HOLZER AND FISTEL LLC<br>200 Ashford Center North Suite 300<br>Atlanta, GA 30338<br>Telephone: 770-392-0090<br>Facsimile: 770-392-0029<br>E-mail: cholzer@holzerlaw.com<br>mfistel@holzerlaw.com | **VIA MANUAL MAIL NOTICE** |
| 2 | Jeffrey A Berens<br>DYER AND BERENS LLP<br>682 Grant Street<br>Denver, CO 80203-3507<br>Telephone: 303-861-1764<br>Facsimile: 303-395-0393<br>E-mail: jeff@dyerberens.com | **VIA MANUAL MAIL NOTICE** |
| 3 | Samuel H Rudman<br>COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP<br>58 South Service Road Suite 200<br>Melville, NY 11747<br>Telephone: 631-367-7100<br>Facsimile: 631-367-1173<br>E-mail: srudman@lerachlaw.com | **VIA MANUAL MAIL NOTICE** |
| | **Counsel for Defendants** | |
| 4 | Joel A Feuer<br>GIBSON DUNN AND CRUTCHER LLP<br>2029 Century Park East Suite 4000<br>Los Angeles, CA 90067<br>Telephone: 310-551-8808<br>Facsimile: 310-552-7058<br>E-mail: jfeuer@gibsondunn.com | **Counsel for Defendants Bidz.com, Inc., David Zinberg, Leon Kuperman, Lawrence Y. Kong, and Claudia Y. Liu.**<br><br>**VIA ECF NOTICE** |

7
STIPULATION FOR SCHEDULING

DOCS\482531v1