1  GIBSON, DUNN & CRUTCHER LLP
   JOEL A. FEUER, SBN 100663
2  JFeuer@gibsondunn.com
   ANDREW J. DEMKO, SBN 247320
3  ADemko@gibsondunn.com
   2029 Century Park East, Suite 4000
4  Los Angeles, California 90067
   Telephone: (310) 552-8500
5  Facsimile: (310) 551-8741

6  GIBSON, DUNN & CRUTCHER LLP
   LINDSEY E. BLENKHORN, SBN 227484
7  lblenkhorn@gibsondunn.com
   555 Mission Street, Suite 3000
8  San Francisco, California 94105-2933
   Telephone: (415)393-8200
9  Facsimile: (415)393-8306

10 Attorneys for Defendants
   BIDZ.COM, INC., DAVID ZINBERG
11 and LAWRENCE Y. KONG

12

13              UNITED STATES DISTRICT COURT

14        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

15

| | |
|---|---|
| 16 RAMON GOMEZ, On Behalf of Himself and All Others Similarly Situated, | Lead Case No. CV09-03216 CBM-Ex |
| 17 Plaintiff, | Consolidated with Nos. CV09-03671 CBM; CV09-03967 CBM) |
| 18 vs. | **SUPPLEMENTAL DECLARATION OF JOEL A. FEUER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |
| 19 BIDZ.COM, INC., and DAVID ZINERG, | |
| 20 Defendants, | |
| 21 | |
| 22 ROLAND POMFRET, On Behalf of Himself and All Others Similarly Situated, | Judge: Hon. Consuelo B. Marshall<br>Date: March 22, 2010<br>Time: 10:00 a.m. |
| 23 | |
| 24 Lead Plaintiff, | |
| 25 vs. | |
| 26 BIDZ.COM, INC., DAVID ZINBERG, and LAWRENCE Y. KONG, | |
| 27 Defendants. | |
| 28 | |

Gibson, Dunn & Crutcher LLP

SUPPLEMENTAL DECLARATION OF JOEL A. FEUER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

## DECLARATION OF JOEL A. FEUER

I, Joel A. Feuer, declare:

1.  I am an attorney licensed to practice law in the state of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am the attorney with primary responsibility for representing Defendants David Zinberg and Lawrence Y. Kong. I make this declaration in support of Defendants' Motion to Dismiss. The facts stated in this declaration are from my personal knowledge, and if called upon as a witness I would and could testify competently thereto.

2.  Attached as Exhibit A is a true and correct copy of the cover page and pages 412-13 of BARRY J. EPSTEIN, ET AL., WILEY GAAP 2008: INTERPRETATION AND APPLICATION OF GENERALLY ACCEPTED ACCOUNTING PRINCIPLES (2007). Page 412 was cited on page five of Defendants' Motion to Dismiss.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed this 17th day of December 2009 at Los Angeles, California.

By: _____/s/_____
       Joel A. Feuer

GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendants
BIDZ.COM, INC., DAVID ZINBERG
and LAWRENCE Y. KONG

---

SUPPLEMENTAL DECLARATION OF JOEL A. FEUER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

# CERTIFICATE OF SERVICE

I, Geri D. Hollins, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 2029 Century Park East, Los Angeles, California 90067, in said County and State. On December 17, 2009, I served the following document(s):

**SUPPLEMENTAL DECLARATION OF JOEL A. FEUER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

| | |
|---|---|
| Jeff S. Westerman<br>  jwesterman@milberg.com<br>Andrew J. Sokolowski<br>  asokolowski@milberg.com<br>MILBERG LLP<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 | David A. P. Bower<br>  brower@browerpiven.com<br>BOWER PIVEN<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022<br>Telephone: (212) 501-9000<br>Facsimile: (212) 501-0300 |
| Stephen R. Basser<br>  sbasser@barrack.com<br>Samuel M. Ward<br>  sward@barrack.com<br>BARRACK RODOS AND BACINE<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>Telephone: (619) 230-0800<br>Facsimile: (619) 230-1874 | Joseph Gentile<br>  joseph@sarrafgentile.com<br>Ronen Sarraf<br>  ronen@sarrafgentile.com<br>SARRAF GENTILE LLP<br>116 John Street, Suite 2310<br>New York, NY 10038<br>Telephone: (212) 868-3610<br>Facsimile: (212) 918-7967 |
| Brian Oliver O'Marra<br>  bomara@csgrr.com<br>COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 | Charles J. Piven<br>  pievin@browerpiven.com<br>BROWER PIVEN<br>401 East Pratt Street, Suite 2525<br>Baltimore, MD 21202<br>Telephone: (410) 332-0030<br>Facsimile: (410) 685-1300 |
| Jessica Slater (via U.S. mail)<br>BROWER PIVEN<br>488 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 501-9000<br>Facsimile: (212) 501-0300 | |

SUPPLEMENTAL DECLARATION OF JOEL A. FEUER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

Gibson, Dunn & Crutcher LLP

☑ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PDF FORMAT:** I caused each such document to be transmitted by PDF Format, to the parties and e-mail addresses indicated above

☐ **BY OVERNIGHT MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by overnight mail. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to the overnight mail service with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher LLP, that same day in the ordinary course of business.

☐ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **SERVICE BY FAX:** From facsimile machine telephone number (310) 551-8741, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated above and that the transmission was reported as completed and without error.

☐ **BY ELECTRONIC SERVICE:** Pursuant to Court Order dated _____, I have caused service on the parties indicated above by posting each such document on **LexisNexis File & Serve** and its litigation system, which automatically transmits to the parties indicated above, who are registered users.

☑ **BY CM/ECF FILE & SERVE:** on December 17, 2009, I served a true and correct copy of the above listed document(s) electronically through CM/ECF by uploading the electronic files for each of the above listed document(s). CM/ECF notifies all registered parties via e-mail.

2

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

☐ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 17, 2009.

*/s/ Geri D. Hollins*
Geri D. Hollins

Gibson, Dunn & Crutcher LLP

3

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**