1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMON GOMEZ, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br>vs.<br><br>BIDZ.COM, INC., and DAVID ZINBERG,<br><br>                    Defendants. | Lead Case No. CV09-03216 CBM-Ex<br><br>(Consolidated with Nos. CV09-03671 CBM; CV09-03967 CBM)<br><br>[~~PROPOSED~~] SCHEDULING ORDER<br><br>JUDGE: CONSUELO B. MARSHALL<br>CTRM: 2 |
| ROLAND POMFRET, On Behalf of Himself and All Others Similarly Situated,<br><br>                Lead Plaintiff,<br>vs.<br><br>BIDZ.COM, INC., DAVID ZINBERG, and LAWRENCE Y. KONG,<br><br>                    Defendants. | |

FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

1 | Upon consideration of the Stipulation for Scheduling filed by the parties:

2 |     1.    Lead Plaintiff shall file an opposition to Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violation of the Federal Securities Laws on or before February 10, 2010; and

    2.    Defendants shall file any reply on or before March 5, 2010.

SO ORDERED this _28Th_ day of _January_, 2010

_____
Hon. Consuelo B. Marshall
United States District Court Judge

[PROPOSED] SCHEDULING ORDER — - 1 - — Case No. CV09-03216 CBM-Ex

DOCS\502916v1