# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV09-3216 CBM(Ex) | Date | Mar. 29, 2010 |
|---|---|---|---|
| Title | Ramon Gomez, et al vs Bidz.Com, Inc., et al | | |

| Present: The Honorable | CONSUELO  B. MARSHALL |
|---|---|

| Joseph M. Levario | Will Wilcox |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Andrew Joseph Sokolowski<br>David A. P. Brower<br>Jeff Westerman | Andrew John Demko<br>Joel Alan Feuer<br>Mark Hiraide |

**Proceedings:**   Hearing: Motion of Defendants to Dismiss Consolidated Complaint (#36)

Arguments held.  Motion of Defendants Bidz.com Inc., David Zinberg and Lawrence Y. Kong to Dismiss Consolidated Complaint Without Leave to Amend (#36)

Arguments held, Motion to Dismiss Consolidated Complaint, etc. is submitted without further oral arguments.

.

| | 00 | : | 30 |
|---|---|---|---|
| Initials of Preparer | | JL | |