```
 1 | JEFF S. WESTERMAN (SBN 94559)
   | jwesterman@milberg.com
 2 | ANDREW J. SOKOLOWSKI (SBN 226685)
   | asokolowski@milberg.com
 3 | MILBERG LLP
   | 300 South Grand Avenue, Suite 3900
 4 | Los Angeles, California 90071
   | Telephone: (213) 617-1200
 5 | Facsimile:  (213) 617-1975
   |
 6 | DAVID A.P. BROWER
   | brower@browerpiven.com
 7 | BROWER PIVEN, A Professional Corporation
   | 488 Madison Avenue, 8th Floor
 8 | New York, New York 10022
   | Telephone: (212) 501-9000
 9 | Facsimile:  (212) 501-0300
   |
10 | Counsel for Lead Plaintiff and Liaison Counsel for the Class
   |
11 | [Additional Counsel Appear on Signature Page]
```

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| RAMON GOMEZ, On Behalf of Himself and All Others Similarly Situated,<br><br>               Plaintiff,<br>vs.<br>BIDZ.COM, INC., and DAVID ZINBERG,<br><br>               Defendants. | Lead Case No. CV09-03216 CBM-Ex<br><br>(Consolidated with Nos. CV09-03671 CBM; CV09-03967 CBM)<br><br>[~~PROPOSED~~] ORDER EXTENDING PLAINTIFF'S TIME TO AMEND COMPLAINT AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS |
| ROLAND POMFRET, On Behalf of Himself and All Others Similarly Situated,<br><br>               Lead Plaintiff,<br>vs.<br>BIDZ.COM, INC., DAVID ZINBERG, and LAWRENCE Y. KONG,<br><br>               Defendants. | |

[PROPOSED] ORDER EXTENDING PLTF'S TIME TO AMEND COMPLAINT
AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS

1 | Having considered the parties' Stipulation to Extend Plaintiff's Time to Amend Complaint and Set Briefing Schedule On Motion to Dismiss, and good cause appearing, the Court orders as follows:

    (a)    Plaintiff shall file an amended Complaint on or before June 22, 2010 (28 days from the date of the Court's dismissal order);

    (b)    Defendants shall file a motion to dismiss on or before July 30, 2010;

    (c)    Plaintiff shall file their opposition to Defendants' motion to dismiss on or before August 27, 2010;

    (d)    Defendants shall file their reply brief on or before September 13, 2010; and

    (e)    A hearing on Defendants' motion shall be held on October 4, 2010, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 2, 2010

                                     HON. CONSUELO B. MARSHALL
                                     UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXTENDING PLTF'S TIME TO AMEND COMPLAINT
AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS