GIBSON, DUNN & CRUTCHER LLP
JOEL A. FEUER, SBN 100663
JFeuer@gibsondunn.com
ANDREW J. DEMKO, SBN 247320
ADemko@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, California 90067
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

GIBSON, DUNN & CRUTCHER LLP
LINDSEY E. BLENKHORN, SBN 227484
Lblenkhorn@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415)393-8200
Facsimile: (415)393-8306

Attorneys for Defendants
BIDZ.COM, INC., DAVID ZINBERG
and LAWRENCE Y. KONG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RAMON GOMEZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIDZ.COM, INC., and DAVID ZINERG,<br><br>Defendants,<br><br>ROLAND POMFRET, On Behalf of Himself and All Others Similarly Situated,<br><br>Lead Plaintiff,<br><br>vs.<br><br>BIDZ.COM, INC., DAVID ZINBERG, and LAWRENCE Y. KONG,<br><br>Defendants. | Lead Case No. CV09-03216 CBM-Ex<br><br>Consolidated with Nos. CV09-03671 CBM; CV09-03967 CBM)<br><br>**AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Judge: Hon. Consuelo B. Marshall<br>Date:  October 4, 2010<br>Time:  10:00 a.m. |

Gibson, Dunn & Crutcher LLP

AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

NOTICE IS HEREBY GIVEN that on October 4, 2010, at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Consuelo B. Marshall of the above-entitled Court, Courtroom 2, 312 North Spring Street, Los Angeles, CA 90012, defendants Bidz.com, Inc. ("Bidz"), David Zinberg, and Lawrence Y. Kong shall and hereby do move the Court for an order dismissing without leave to amend Lead Plaintiffs' Consolidated Amended Complaint.

This Motion is made under the Federal Rules of Civil Procedure 9(b), 12(b)(6) and 15 U.S.C. § 78u et seq. on the basis that Plaintiffs have failed to plead a violation of the federal securities laws. Specifically, Plaintiffs have failed to include sufficient facts that (1) demonstrate any statements attributable to Bidz were actually false or misleading, (2) that the individuals responsible for making the particular statements acted with scienter, and (3) that any of the alleged misstatements caused Plaintiffs and the class an appreciable loss. Accordingly, Plaintiffs have failed to sufficiently plead these essential elements of their proposed cause of action for securities fraud. And because any amendment to the Consolidated Amended Complaint would be futile, it should be dismissed with prejudice.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 22, 2010.

Dated: August 2, 2010                    GIBSON, DUNN & CRUTCHER LLP

                                         By: ___/s/___
                                              Joel A. Feuer

                                         Attorneys for Defendants
                                         BIDZ.COM, INC., DAVID ZINBERG
                                         and LAWRENCE Y. KONG

Gibson, Dunn & Crutcher LLP

AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

# CERTIFICATE OF SERVICE

I, Valya Walker, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 2029 Century Park East, Los Angeles, California 90067, in said County and State. On August 2, 2010, I served the following document(s):

**AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

| | |
|---|---|
| Jeff S. Westerman<br>jwesterman@milberg.com<br>Andrew J. Sokolowski<br>asokolowski@milberg.com<br>MILBERG LLP<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 | David A. P. Bower<br>brower@browerpiven.com<br>BOWER PIVEN<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022<br>Telephone: (212) 501-9000<br>Facsimile: (212) 501-0300 |
| Stephen R. Basser<br>sbasser@barrack.com<br>Samuel M. Ward<br>sward@barrack.com<br>BARRACK RODOS AND BACINE<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>Telephone: (619) 230-0800<br>Facsimile: (619) 230-1874 | Joseph Gentile<br>joseph@sarrafgentile.com<br>Ronen Sarraf<br>ronen@sarrafgentile.com<br>SARRAF GENTILE LLP<br>116 John Street, Suite 2310<br>New York, NY 10038<br>Telephone: (212) 868-3610<br>Facsimile: (212) 918-7967 |
| Brian Oliver O'Marra<br>bomara@csgrr.com<br>COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 | Charles J. Piven<br>pievin@browerpiven.com<br>BROWER PIVEN<br>401 East Pratt Street, Suite 2525<br>Baltimore, MD 21202<br>Telephone: (410) 332-0030<br>Facsimile: (410) 685-1300 |
| Jessica Slater (via U.S. mail)<br>BROWER PIVEN<br>488 Madison Avenue<br>New York. NY 10022<br>Telephone: (212) 501-9000<br>Facsimile: (212) 501-0300 | |

Gibson, Dunn & Crutcher LLP

1

**AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

☑ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PDF FORMAT:** I caused each such document to be transmitted by PDF Format, to the parties and e-mail addresses indicated above

☐ **BY OVERNIGHT MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by overnight mail. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to the overnight mail service with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher LLP, that same day in the ordinary course of business.

☐ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **SERVICE BY FAX:** From facsimile machine telephone number (310) 551-8741, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated above and that the transmission was reported as completed and without error.

☐ **BY ELECTRONIC SERVICE:** Pursuant to Court Order dated _____, I have caused service on the parties indicated above by posting each such document on **LexisNexis File & Serve** and its litigation system, which automatically transmits to the parties indicated above, who are registered users.

☑ **BY CM/ECF FILE & SERVE:** on August 2, 2010, I served a true and correct copy of the above listed document(s) electronically through CM/ECF by uploading the electronic files for each of the above listed document(s). CM/ECF notifies all registered parties via e-mail.

2

**AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

Gibson, Dunn & Crutcher LLP

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2010.

/s/
Valya Walker

Gibson, Dunn & Crutcher LLP

3

AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS