# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RAMON GOMEZ, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BIDZ.COM, INC., AND DAVID ZINBERG,<br><br>　　　　　　Defendants. | Lead Case No. CV09-3216 CBM (Ex)<br><br>Judge: Hon. Consuelo B. Marshall<br><br>**PROTECTIVE ORDER**<br><br>Complaint Filed: June 22, 2010 |

Having considered the stipulation of the parties filed concurrently, and good cause appearing,

IT IS HEREBY ORDRED:

That the Stipulated Protective Order filed by the parties on August 2, 2011 is hereby approved in its entirety and the terms of the protective order are hereby adopted as the Order of this court and shall govern in this case.

IT IS SO ORDERED.

DATED: August 03, 2011

**THE HONORABLE CONSUELO B. MARSHALL**
**UNITED STATES DISTRICT JUDGE**

Gibson, Dunn & Crutcher LLP

**[PROPOSED] PROTECTIVE ORDER**