BROWER PIVEN
A Professional Corporation
CHARLES J. PIVEN (*Admitted Pro Hac Vice*)
YELENA TREPETIN (*Admitted Pro Hac Vice*)
1925 Old Valley Road
Stevenson, Maryland 21153
Telephone: (410) 332-0030
Facsimile: (410) 685-1300
piven@browerpiven.com
trepetin@browerpiven.com

Lead Counsel for the Class

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RAMON GOMEZ, On Behalf of Himself and All Others Similarly Situated,<br>Plaintiff,<br>vs.<br>BIDZ.COM, INC., DAVID ZINBERG,<br>Defendants.<br>--------------------------------------------<br>ROLAND POMFRET, On Behalf of Himself and All Others Similarly Situated,<br>Lead Plaintiff,<br>vs.<br>BIDZ.COM, INC., DAVID ZINBERG, and LAWRENCE Y. KONG,<br>Defendants. | Lead Case No. CV09-03216 CBM-Ex (Consolidated with Nos. CV09-03671 CBM; CV09-03967 CBM)<br><br><u>CLASS ACTION</u><br><br>PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER APPROVING A *CY PRES* DISTRIBUTION OF THE REMAINING FUNDS ($14,633.45)<br><br>DATE: August 18, 2015<br>TIME: 10:00 a.m.<br>CTRM: 2<br>JUDGE: Hon. Consuelo B. Marshall |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on August 18, 2015 at 10:00 a.m., before the Honorable Consuelo B. Marshall, United States District Court for the Central District of California, Western Division, located at 312 N. Spring Street, Los Angeles, California 90012 in Courtroom No. 2, Settlement Class Representative Roland Pomfret ("Plaintiff"), on behalf of himself and on behalf of the Class, will and hereby does move the Court for an order in the form of the accompanying proposed Order Approving a *Cy Pres* Distribution of the Remaining Funds (the "*Cy Pres* Distribution Order"), providing for the remaining balance of the Net Settlement Fund ($14,633.45) to be contributed to St. Jude Children's Research Hospital, a non-sectarian non-for-profit 501(c)(3) organization recommended by Lead Counsel. Plaintiff and Defendants waive oral argument on this unopposed motion. However, if the Court requires oral argument, Lead Counsel respectfully request that they be allowed to appear by telephone, with Liaison Counsel appearing in person.

This Motion is based on the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion For An Order Approving A *Cy Pres* Distribution Of The Remaining Funds; the Affidavit of Stephen J. Cerami In Support of Motion for Final Distribution of the Net Settlement Fund, filed and served concurrently with this Motion; the complete files and records in this action; and such other written or oral arguments presented to the Court.

This Motion is made pursuant to the Court's Order Directing Distribution of the Class Settlement Fund signed on July 11, 2014.

DATED: July 10, 2015

Respectfully submitted,

**BROWER PIVEN**
**A Professional Corporation**

*/s/ Yelena Trepetin*
Charles J. Piven *(Admitted Pro Hac Vice)*
Yelena Trepetin *(Admitted Pro Hac Vice)*
1925 Old Valley Road
Stevenson, Maryland 21153
Telephone: 410-332-0030
Facsimile: 410-685-1300
Email: piven@browerpiven.com
Email: trepetin@browerpiven.com

**BROWER PIVEN**
**A Professional Corporation**
David A.P. Brower *(Admitted Pro Hac Vice)*
475 Park Avenue South
33rd Floor
New York, New York 10016
Telephone: 212-501-9000
Facsimile: 212-501-0300
Email: brower@browerpiven.com

*Lead Counsel for the Class*

**MILBERG LLP**
David E. Azar (SBN 218319)
dazar@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

*Liaison Counsel for the Class*

## DECLARATION OF SERVICE BY CM/ECF

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in Stevenson, Maryland, over the age of 18 years, and not a party to or interested party in the action; that declarant's business address is 1925 Old Valley Road, Stevenson, Maryland 21153.

2. I hereby certify that on July 10, 2015, I served Plaintiff's Unopposed Motion For An Order Approving A *Cy Pres* Distribution Of The Remaining Funds ($14,633.45); the Memorandum of Law in Support of Plaintiff's Unopposed Motion For An Order Approving A *Cy Pres* Distribution Of The Remaining Funds ($14,633.45); the Affidavit of Stephen J. Cerami in Support of Motion for Final Distribution of the Net Settlement Fund; and the Order Approving a *Cy Pres* Distribution of the Remaining Funds by electronically filing the documents by using the Case Management/Electronic Case filing system.

3. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2015 at Stevenson, Maryland.

*/s/ Yelena Trepetin*

YELENA TREPETIN