BROWER PIVEN
A Professional Corporation
CHARLES J. PIVEN (*Admitted Pro Hac Vice*)
YELENA TREPETIN (*Admitted Pro Hac Vice*)
1925 Old Valley Road
Stevenson, Maryland 21153
Telephone: (410) 332-0030
Facsimile: (410) 685-1300
piven@browerpiven.com
trepetin@browerpiven.com

Lead Counsel for the Class

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

RAMON GOMEZ, On Behalf of Himself and All Others Similarly Situated,

Plaintiff,

vs.

BIDZ.COM, INC., DAVID ZINBERG,

Defendants.

----------------------------------------------

ROLAND POMFRET, On Behalf of Himself and All Others Similarly Situated,

Lead Plaintiff,

vs.

BIDZ.COM, INC., DAVID ZINBERG, and LAWRENCE Y. KONG,

Defendants.

Lead Case No. CV09-03216 CBM-Ex (Consolidated with Nos. CV09-03671 CBM; CV09-03967 CBM)

CLASS ACTION

JOINT STIPULATION REGARDING A *CY PRES* DISTRIBUTION OF THE REMAINING FUNDS ($14,633.45)

Judge: Hon. Consuelo B. Marshall

Settlement Class Representative Roland Pomfret ("Plaintiff"), on behalf of himself and on behalf of the Class, and Defendants Bidz.com, Inc. ("Bidz" or the "Company"), David Zinberg, and Lawrence Y. Kong (collectively, "Defendants"), by and through their counsel, hereby agree and stipulate to an order from the Court approving the distribution of the remaining balance of the Net Settlement Fund ($14,633.45) to Columbia Law School's Ira M. Millstein Center for Global Markets and Corporate Ownership ("Ira M. Millstein Center").

**RECITALS**

WHEREAS, pursuant to the Order Directing Distribution of the Class Settlement Fund ("Initial Distribution Order"; Dkt. No. 119), Lead Counsel and the settlement administrator determined that it is not feasible to distribute the approximately $14,633.45 remaining in the Net Settlement Fund in an equitable and economic fashion among Authorized Claimants who actually deposited the checks sent in the distribution provided for by the Initial Distribution Order;

WHEREAS, Lead Counsel seeks approval for the remaining balance of the Net Settlement Fund to be contributed to a non-sectarian, non-for-profit 501(c)(3) organization;

WHEREAS, on July 10, 2015, Plaintiff filed his Unopposed Motion For An Order Approving A *Cy Pres* Distribution Of The Remaining Funds ($14,633.45) ("Plaintiff's Motion"), Dkt. No. 120, requesting to have the $14,633.45 remaining in the Net Settlement Fund distributed to St. Jude Children's Research Hospital;

WHEREAS, on August 18, 2015, the Court held oral argument on Plaintiff's Motion and the parties and the Court discussed suggested parameters for a *cy pres* recipient, after which the Court ordered the parties to file a stipulation regarding an appropriate *cy pres* beneficiary no later than August 28, 2015 (Dkt. No. 130);

WHEREAS, in consideration of the Court's comments before and during the August 18 hearing, and after reviewing the Ninth Circuit's case law regarding

requirements for *cy pres* recipients, Plaintiff's counsel has determined that the Ira M. Millstein Center is an appropriate *cy pres* beneficiary;

WHEREAS, the Ira M. Millstein Center's mission, which builds on Columbia Law School's longstanding strength in corporate and securities law, is to:

> bring world class scholarship, research and academic rigor to the vital task of restoring and strengthening long-term financing of innovative and durable public corporations, which are the underpinning of economic growth. This mission, ***coupled with improving transparency of all market participants***, is essential given today's global, complex and volatile capital markets, ***which bring consequences and uncertainties to those who rely on them: companies, investors, and ultimately the wider economy***.

WHEREAS, the Ira M. Millstein Center's brochures, which provide detailed information about the Ira M. Millstein Center, are attached hereto as Exhibit A and Exhibit B;

WHEREAS, Plaintiff in this case asserted that Defendants violated the federal securities laws by alleging that Defendants knowingly or recklessly misled investors about, among other things, Bidz.com's purported financial condition and operations;

WHEREAS, the proposed award to the Ira M. Millstein Center addresses the objectives of the federal securities laws under which this action was brought, targets the broad geographic distribution of the Class, and is likely to benefit a member of the Class through its research and projects;

WHEREAS, the Ira M. Millstein Center is in the same mission category as another potentially appropriate recipient suggested by the Court, the Stanford Law School Class Action Clearinghouse, though Plaintiff's counsel believes that the Ira M. Millstein Center is in even better alignment with the policy objectives of this Action;

WHEREAS, the Ira M. Millstein Center has no relation to counsel of record representing Plaintiff and the Class or counsel of record for Defendants.

WHEREAS, Defendants have no objection to Plaintiff's selection of the Ira M. Millstein Center as the *cy pres* recipient in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, that the approximately $14,633.45 remaining in the Net Settlement Fund will be distributed to Ira M. Millstein Center.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: August 27, 2015

Respectfully submitted,

**BROWER PIVEN**
**A Professional Corporation**

*/s/ Yelena Trepetin*
Charles J. Piven *(Admitted Pro Hac Vice)*
Yelena Trepetin (*Admitted Pro Hac Vice*)
1925 Old Valley Road
Stevenson, Maryland 21153
Telephone: 410-332-0030
Facsimile: 410-685-1300
Email: piven@browerpiven.com
Email: trepetin@browerpiven.com

**BROWER PIVEN**
**A Professional Corporation**
David A.P. Brower *(Admitted Pro Hac Vice)*
475 Park Avenue South
33rd Floor
New York, New York 10016
Telephone: 212-501-9000
Facsimile: 212-501-0300
Email: brower@browerpiven.com

*Lead Counsel for the Class*

**MILBERG LLP**
David E. Azar (SBN 218319)
dazar@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

*Liaison Counsel for the Class*

DATED: August 27, 2015

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Kahn A. Scolnick*

Kahn A. Scolnick (SBN 228686)
333 South Grand Avenue
Los Angeles, California 90081
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
E-mail: KScolnick@gibsondunn.com

*Attorneys for Defendants Bidz.com, Inc., David Zinberg and Lawrence Y. Kong*