UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON GOMEZ, On Behalf of Himself and All Others Similarly Situated,<br>Plaintiff,<br>vs.<br>BIDZ.COM, INC., DAVID ZINBERG,<br>Defendants.<br>--------------------------------------------<br>ROLAND POMFRET, On Behalf of Himself and All Others Similarly Situated,<br>Lead Plaintiff,<br>vs.<br>BIDZ.COM, INC., DAVID ZINBERG, and LAWRENCE Y. KONG,<br>Defendants. | Lead Case No. CV09-03216 CBM-Ex (Consolidated with Nos. CV09-03671 CBM; CV09-03967 CBM)<br><br>ORDER APPROVING A *CY PRES* DISTRIBUTION [120,131] |

Upon consideration of the Joint Stipulation Regarding A *Cy Pres* Distribution Of The Remaining Funds ($14,633.45) (the "Stipulation"), the Stipulation is hereby GRANTED, as follows:

The Court orders that the remaining $14,633.45 of the Net Settlement Fund

shall be distributed in a *cy pres* distribution to Columbia Law School's Ira M. Millstein Center for Global Markets and Corporate Ownership, a non-sectarian not-for-profit 501(c)(3) organization recommended by Plaintiff's counsel.

**IT IS SO ORDERED.**

DATED: September 4, 2015.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE